Cite as 2017 Ark. 374

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered** December 14, 2017 |

## PER CURIAM

Cristina Monterrey of Little Rock is appointed to the Board of Law Examiners for a six-year term concluding on December 14, 2023. Ms. Monterrey will represent the Second Congressional District and replaces Harold J. Evans of Little Rock whose term has concluded.

Todd Martin Turner of Arkadelphia is appointed to the Board of Law Examiners for a six-year term concluding on December 14, 2023. Mr. Turner will represent the Fourth Congressional District and replaces Christopher Thomason of Hope whose term has concluded.

The Court extends its sincere appreciation to Ms. Monterrey and Mr. Turner for accepting appointment to this important board. The court also expresses its gratitude to Mr. Evans and Mr. Thomason for their dedicated service to the board.